UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAO HAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TRACY TARANGO, et al.,<br><br>    Defendants. | Case No. 23-cv-06159-JSC<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 24 |

On November 29, 2023, Plaintiff Han filed this action challenging the denial of his visa application.  (Dkt. No. 1.)  On April 19, 2024, the federal government filed a motion to dismiss.  (Dkt. No. 24.)  Plaintiff failed to oppose the government's motion to dismiss by the briefing deadline and, to date, has failed to respond to the government's motion.  Accordingly, on or before May 24, 2024, Plaintiff is ORDERED TO SHOW CAUSE in writing why this action should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41.  In particular, if Plaintiff wishes to oppose the government's dismissal motion, Plaintiff must file a written opposition by May 24, 2024.  Failure to respond to this Order will result in a dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: May 17, 2024

JACQUELINE SCOTT CORLEY
United States District Judge